UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Aisha Tyler, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

Timothy E. Baxter & Associates, P.C.,

      Defendant.
      _____/

Case No. 17-13740

Honorable Nancy G. Edmunds

## JUDGMENT

This matter is before the Court on Defendant's motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) or, in the alternative, motion to compel arbitration. (Docket 23.) In accordance with the Court's opinion and order granting in part Defendants' motion entered this date,

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of Defendant Timothy E. Baxter & Associates, P.C., and this case is DISMISSED.

**SO ORDERED.**

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: October 18, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 18, 2018, by electronic and/or ordinary mail.

                                      s/Lisa Bartlett
                                      Case Manager